[No. 3536–1–III.   Division Three.   December 4, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. NORMAN
E. McBAIN, *Appellant.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 79–1–00348–0, Howard Hettinger, J.,
entered July 12, 1979. *Affirmed* by unpublished opinion per
McInturff, J., concurred in by Green, C.J., and Munson, J.

[No. 3519–1–III.   Division Three.   December 4, 1980.]

ELAINE M. GARZA, ET AL, *Respondents,* v. STEVEN
BLAIR, *Appellant.*

Appeal from a judgment of the Superior Court for
Benton County, No. 31855, Robert S. Day, J., entered May
31, 1979. *Affirmed* by unpublished opinion per Munson, J.,
concurred in by Green, C.J., and Roe, J.

[No. 3362–7–III.   Division Three.   December 4, 1980.]

*In the Matter of the Marriage of* SUSANNE MARIE
MUNNS, *Respondent, and* JOHN A. MUNNS,
*Appellant.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 70571, Yancey Reser, J., entered March
9, 1979. *Affirmed* by unpublished opinion per Munson, J.,
concurred in by Green, C.J., and Roe, J.

[No. 4014–II.   Division Two.   December 5, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL
L. RESOP, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 79–1–00037–8, Terence Hanley, J., entered
March 27, 1979. *Affirmed* by unpublished opinion per
Johnson, J. Pro Tem., concurred in by Petrich, J., and
Cochran, J. Pro Tem.